# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 242 WAL 2017
                             :

            Respondent           :    Petition for Allowance of Appeal from
                             :    the Order of the Superior Court
                             :

                  v.                 :
                             :
                             :

WILLIAM DAULTON,                 :
                             :
            Petitioner             :

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.